EX PARTE ROBERT BEASLEY.

No. 6535.   Decided October 12, 1921.

**Habeas Corpus—Bail—Practice on Appeal—Complaint—Indictment.**

Where, pending a habeas corpus proceedings, where defendant was held on a complaint charging him with murder, it appeared from the record in this court by affidavit that subsequently appellant was charged with murder by indictment and admitted to bail, the appeal is dismissed.

Appeal from the District Court of Taylor.   Tried below before the Honorable W. R. Ely.

Appeal from a *habeas corpus* proceeding denying bail.   The opinion states the case.

No brief on file for appellant.

*R. H. Hamilton,* Assistant Attorney General, for the State.

MORROW, Presiding Judge.—This cause and No. 6523 involve the same matter, namely: the right of Robert Beasley to bail, he being held under a complaint charging him with murder.

It has been made to appear by proper affidavit that subsequently appellant was charged with murder by indictment and admitted to bail.

Upon his motion the proceedings in both cases are dismissed.

*Dismissed.*